**Order entered November 16, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01108-CV

### ARCH RESORTS, LLC, Appellant

### V.

### CITY OF MCKINNEY, TEXAS, Appellee

**On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-01855-2015**

## ORDER

We **GRANT** appellee's November 12, 2015 motion for an extension of time to file its appellee/cross-appellant's brief **TO THE EXTENT** that appellee shall file its brief by **DECEMBER 22, 2015**. We caution appellee that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/  ELIZABETH LANG-MIERS
JUSTICE